**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO O. VALLE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 850 BRYANT STREET CJ2 7TH ) <br> FLOOR MEDICAL/MENTAL ) <br> HEALTH, ) <br> ) <br> Defendant. ) <br> _____ ) | No. C 07-1333 MMC (PR) <br><br> **ORDER OF DISMISSAL** |

    Plaintiff Julio O. Valle, proceeding pro se, filed the above-titled civil rights action while he was incarcerated at the San Francisco County Jail.  (Docket No. 1.)  In an order filed June 11, 2007, the Court granted plaintiff leave to proceed in forma pauperis. (Docket No. 6.)  In a separate order filed June 11, 2007, the Court conducted a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A(a), and concluded that plaintiff's allegations of inadequate medical and mental health care did not state a claim for deliberate indifference to his serious medical needs; the Court dismissed the complaint, and granted plaintiff leave to cure the pleading deficiencies by filing an amended complaint within thirty days. Additionally, the Court, in its order of dismissal, made clear to plaintiff that his failure to file an amended complaint within the prescribed time would result in dismissal of the action. Nine days later, on June 20, 2007, the copies of the orders the Clerk of the Court had sent to plaintiff were returned as undeliverable (Docket No. 9), as was a notice the Clerk of the

1  Court had sent to plaintiff, explaining electronic filing requirements in cases where one of the
2  parties is unrepresented (Docket No. 8).
3      Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose
4  address changes while an action is pending must promptly file with the Court and serve upon
5  all opposing parties a Notice of Change of Address specifying the new address." See Civ. L.
6  R. 3-11(a). Where mail directed to such party "has been returned to the Court as not
7  deliverable" and "the Court fails to receive within 60 days of this return a written
8  communication from . . . the *pro se* party indicating a current address," the Court "may
9  dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).
10     More than sixty days have passed since the Court issued its order of dismissal with
11 leave to amend and plaintiff has not filed an amended complaint or updated his address.
12 Accordingly, the above-titled action is hereby DISMISSED without prejudice.
13     The Clerk shall close the file.
14     IT IS SO ORDERED.
15 DATED: August 21, 2007

_____
MAXINE M. CHESNEY
United States District Judge

2